UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21944-CIV-UNGARO/SIMONTON

**SOVEREIGN BONDS EXCHANGE, LLC,**

   Plaintiffs,

v.

**FEDERAL REPUBLC OF GERMANY, et al.,**

   Defendants.
_____/

### ORDER STRIKING PLAINTIFF'S AUGUST 31, 2010 LETTER AND REQUIRING PLAINTIFF TO COMPLY WITH LOCAL RULE 7.7

Presently pending before this Court is the Motion for Protective Order by the Defendant Banks (DE # 35).  The Honorable Ursula Ungaro, United States District Judge, has referred this motion to the undersigned Magistrate Judge (DE # 39).  Plaintiff's response is due to be filed on or before September 7, 2010.

On August 31, 2010, Plaintiff filed with the Court a letter addressed to the Court which requested relief, cited authorities, and presented arguments (DE # 46).  This is forbidden by Local Rule 7.7(a), which states as follows

> Unless invited or directed by the presiding Judge, attorneys and any party represented by an attorney shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments. . . .

Therefore, it is hereby

**ORDERED** that Plaintiff's August 31, 2010 letter is **STRICKEN**.  If Plaintiff seeks relief from the Court, it shall file a motion or a memorandum of law, and not a letter.  To the extent that the letter states that it is a response to a letter by opposing counsel, the

parties are advised that the Court does not consider any letters regarding cases.

**DONE AND ORDERED** in chambers in Miami, Florida, on August 31, 2010.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnishes via CM/ECF to:
The Honorable Ursula Ungaro,
    United States District Judge
All counsel of record